UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                              )    Case No. 13-02852
                                                    )
WEGNER, STEVEN WILLIAM, SR.                         )
WEGNER, DEBRA                                       )
                                                    )
                                                    )
                        Debtor(s)                   )

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that RICHARD M. FOGEL_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street, 7th Floor, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved prior to the Final Report must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at **10:30 a.m. on November 21, 2013 in Courtroom 682**, United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of this Court.

Date:  October 23, 2013                     By:  /s/ Richard M. Fogel
                                                              Trustee

RICHARD M. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL 60654
312-276-1334
rfogel@shawfishman.com

**UST Form 101-7-NFR (9/1/2009)**

{000 NTC A0236578.DOC 4}

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: WEGNER, STEVEN WILLIAM, SR. § Case No. 13-02852
　　　　WEGNER, DEBRA § 
　　　　　　　　　　　　　　　　　　　§
Debtor(s)　　　　　　　　　　　　　　§

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*　　　$　　35,825.15

*and approved disbursements of*　　　　　$　　16,121.05

*leaving a balance on hand of* [1]　　　　$　　19,704.10

**Balance on hand:**　　　　　　　　　　$　　19,704.10

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:　　$　　　　0.00
Remaining balance:　　　　　　　　　　$　　19,704.10

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - RICHARD M. FOGEL | 3,644.25 | 0.00 | 3,644.25 |

Total to be paid for chapter 7 administration expenses:　　$　　3,644.25
Remaining balance:　　　　　　　　　　　　　　　　　　$　　16,059.85

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:　$　　　　0.00
Remaining balance:　　　　　　　　　　　　　　　　　　　$　　16,059.85

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $16,589.05 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 6P | Illinois Department of Revenue | 468.00 | 0.00 | 468.00 |
| 8P | Department of the Treasury | 16,121.05 | 16,121.05 | 0.00 |

Total to be paid for priority claims:   $   468.00
Remaining balance:   $   15,591.85

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 8,683.99 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | Asset Acceptance LLC assignee GEMB/CARE | 2,870.22 | 0.00 | 2,870.22 |
| 4 | Quantum3 Group LLC as agent for | 1,528.22 | 0.00 | 1,528.22 |
| 6U | Illinois Department of Revenue | 76.80 | 0.00 | 76.80 |
| 8U | Department of the Treasury | 1,085.74 | 0.00 | 1,085.74 |
| 9 | American InfoSource LP agent for DIRECTV LLC | 273.40 | 0.00 | 273.40 |
| 10 | Portfolio Recovery Associates successor to | 2,059.43 | 0.00 | 2,059.43 |
| 11 | Portfolio Recovery Associates LLC successor to | 790.18 | 0.00 | 790.18 |

Total to be paid for timely general unsecured claims:   $   8,683.99
Remaining balance:   $   6,907.86

UST Form 101-7-NFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 6,907.86 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 6,907.86 |

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.2% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $25.25. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 6,882.61.

UST Form 101-7-NFR (10/1/2010)

Prepared By: /s/RICHARD M. FOGEL
                              Trustee

RICHARD M. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL  60654
(312) 276-1334
rfogel@shawgussis.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                                United States Bankruptcy Court
                                 Northern District of Illinois
In re:                                                              Case No. 13-02852-JBS
Steven William Wegner, Sr.                                          Chapter 7
Debra Wegner
         Debtors              CERTIFICATE OF NOTICE
District/off: 0752-1          User: kseldon               Page 1 of 2            Date Rcvd: Oct 24, 2013
                              Form ID: pdf006             Total Noticed: 49


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 26, 2013.
db/jdb       +Steven William Wegner, Sr.,    Debra Wegner,    7339 W. Fullerton Ave,
               Elmwood Park, IL 60707-2626
19961841     +American Hondad Finance Corp,    Attn: Bankruptcy Dept.,    P.O. Box 2295,
               Torrance, CA 90509-2295
20950034     +American InfoSource LP as agent for,    DIRECTV, LLC,    Mail Station N387,    2230 E Imperial Hwy,
               El Segundo, CA 90245-3504
19961825     +BAC Home Loans Servicing,    Bankruptcy Department,    450 American St.,
               Simi Valley, CA 93065-6285
20206589     +Bank of America, NA,    Manley Deas Kochalski LLC,    PO Box 165028,    Columbus, OH 43216-5028
19961820    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court: Capital One,     Attn: Bankruptcy Dept.,    Po Box 85520,
               Richmond, VA 23285)
20701254   +++Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,    PO Box 71083,
               Charlotte, NC 28272-1083
19961826     +Clerk, Chancery,    Doc# 10-CH-37882,    50 W. Washington St., Room 802,    Chicago, IL 60602-1305
19961830     +Computer Credit Inc,    Claim Dept 003482,    PO BOX 5238,    Winston Salem, NC 27113-5238
19961806     +Directv,    C/O First National Collect,    610 Waltham Way,    Mccarran, NV 89434-6695
19961829     +Elmhurst Memorial Healthcare,    Attn: Bankruptcy Dept.,    PO Box 4052,
               Carol Stream, IL 60197-4052
19961816     +Equifax,    Attn: Bankruptcy Dept.,    PO Box 740241,    Atlanta, GA 30374-0241
19961817     +Experian,    Attn: Bankruptcy Dept.,    PO Box 2002,    Allen, TX 75013-2002
19961819     +First Premier BANK,    Attn: Bankruptcy Dept.,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
19961803     +Fulton Friedman & Gullace LLP,    Bankruptcy Department,    PO Box 2123,    Warren, MI 48090-2123
19961835     +Gottlieb Memorial Hospital,    Bankruptcy Department,    PO Box 74867,    Chicago, IL 60694-4867
19961832     +Grant & Weber Inc,    Dept 745,    PO Box 4115,    Concord, CA 94524-4115
19961809     +HSBC BANK Nevada N.A.,    C/O Portfolio Recvry&Affil,    120 Corporate Blvd Ste 1,
               Norfolk, VA 23502-4962
19961828    ++ILLINOIS DEPARTMENT OF REVENUE,    BANKRUPTCY DEPARTMENT,    P O BOX 64338,    CHICAGO IL 60664-0338
              (address filed with court: Illinois Department of Revenue,     Bankruptcy Department,
               PO Box 19035,    Springfield, IL 62794-9035)
19961804     +Illinois Collection SE,    Attn: Bankruptcy Dept.,    8231 185Th St Ste 100,
               Tinley Park, IL 60487-9356
20692281      Illinois Department of Revenue,    Bankruptcy Section,    P.O. Box 64338,    Chicago, IL 60664-0338
19961836     +Oakbrook Behavioral Health LTD,    Attn: Bankruptcy Dept.,    PO Box 387,    Addison, IL 60101-0387
19961837    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
              (address filed with court: Portfolio Recovery Associates,     Bankruptcy Department,    PO Box 12914,
               Norfolk, VA 23541)
19961827     +Pierce & Associates,    Attn: Bankruptcy Department,    1 N. Dearborn St. #1300,
               Chicago, IL 60602-4373
20962037     +Portfolio Recovery Associates LLC successor to,    HSBC Bank Nevada N A (Orchard Bank),
               P O Box 41067,    Norfolk, VA 23541-1067
19961831     +Resurrection Ambulatory Servic,    Attn: Bankruptcy Dept.,    PO BOX 6670,
               River Forest, IL 60305-6670
19961823     +Sears/CBNA,    Attn: Bankruptcy Dept.,    Po Box 6189,    Sioux Falls, SD 57117-6189
19961824     +Sears/CBNA,    Attn: Bankruptcy Dept.,    Po Box 6282,    Sioux Falls, SD 57117-6282
19961818     +Transunion,    Attn: Bankruptcy Dept.,    PO Box 1000,    Chester, PA 19016-1000
19961833     +wellgroup Healthpartners,    Attn: Bankruptcy Dept.,    Detroit, MI 48277-0001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
19961807     +E-mail/Text: Bankruptcy@icsystem.com Oct 25 2013 00:45:38     AT T Midwest,    C/O I C System INC,
               Po Box 64378,    Saint Paul, MN 55164-0378
20609993      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 25 2013 00:50:10
               American InfoSource LP as agent for,    RJM Acquisitions, LLC,    as assignee of BANK OF AMERICA,
               PO Box 268850,    Oklahoma City, OK 73126-8850
19961802     +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Oct 25 2013 00:45:23      Asset Acceptance LLC,
               Attn: Bankruptcy Dept.,    Po Box 2036,    Warren, MI 48090-2036
20643451     +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Oct 25 2013 00:45:23
               Asset Acceptance LLC assignee GEMB/CARE,    CREDIT DENTAL,    PO Box 2036,    Warren, MI 48090-2036
19961810     +E-mail/Text: rjm@ebn.phinsolutions.com Oct 25 2013 00:45:07     BANK OF America Checking Accou,
               C/O RJM ACQ LLC,    575 Underhill Blvd Ste 2,    Syosset, NY 11791-3426
19961813     +E-mail/Text: bankruptcydpt@mcmcg.com Oct 25 2013 00:45:28     Citibank,    C/O Midland Funding,
               8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
19961808     +E-mail/PDF: resurgentbknotifications@resurgent.com Oct 25 2013 00:49:48      Citibank Sears,
               C/O LVNV Funding LLC,    Po Box 740281,    Houston, TX 77274-0281
19961822     +E-mail/Text: creditonebknotifications@resurgent.com Oct 25 2013 00:44:32     Credit ONE BANK,
               Attn: Bankruptcy Dept.,    Po Box 98875,    Las Vegas, NV 89193-8875
19961840      E-mail/Text: cio.bncmail@irs.gov Oct 25 2013 00:44:44     Department of the Treasury,
               Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
20730940      E-mail/PDF: rmscedi@recoverycorp.com Oct 25 2013 00:50:32     GE Capital Retail Bank,
               (JCPenney Credit Services),    C/O Recovery Management Systems Corporat,
               25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
19961801     +E-mail/Text: bknoticing@grantweber.com Oct 25 2013 00:45:36     Grant & Weber,
               Attn: Bankruptcy Dept.,    861 Coronado Center Dr S,    Henderson, NV 89052-3992
```

```
District/off: 0752-1          User: kseldon              Page 2 of 2                   Date Rcvd: Oct 24, 2013
                              Form ID: pdf006            Total Noticed: 49
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
19961814       +E-mail/Text: bankruptcydpt@mcmcg.com Oct 25 2013 00:45:28     HSBC BANK Nevada  N.A.,
                 C/O Midland Funding,   8875 Aero Dr Ste 200,   San Diego, CA 92123-2255
19961838       +E-mail/Text: cio.bncmail@irs.gov Oct 25 2013 00:44:44     IRS Priority Debt,
                 Attn: Bankruptcy Dept.,   PO Box 7346,   Philadelphia, PA 19101-7346
20607635        E-mail/Text: bkr@cardworks.com Oct 25 2013 00:44:07     MERRICK BANK,
                 Resurgent Capital Services,   PO Box 10368,   Greenville, SC 29603-0368
19961821       +E-mail/Text: bkr@cardworks.com Oct 25 2013 00:44:07     Merrick BANK,   Attn: Bankruptcy Dept.,
                 Po Box 9201,   Old Bethpage, NY 11804-9001
19961834       +E-mail/Text: mmrgbk@miramedrg.com Oct 25 2013 00:45:38     MiraMed Revenue Gropu LL,   Dept 77304,
                 PO BOX 77304,   Detroit, MI 48277-0001
20662086        E-mail/Text: bnc-quantum@quantum3group.com Oct 25 2013 00:45:15
                 Quantum3 Group LLC as agent for,   RaZor Capital II LLC,   PO Box 788,
                 Kirkland, WA  98083-0788
19961811       +E-mail/Text: rjm@ebn.phinsolutions.com Oct 25 2013 00:45:07     RJM Acquisitions LLC,
                 575 Underhill Blvd., Suite 224,   Syosset, NY 11791-4437
19961815       +E-mail/Text: bankruptcydpt@mcmcg.com Oct 25 2013 00:45:28     Verizon Wireless,
                 C/O Midland Funding,   8875 Aero Dr Ste 200,   San Diego, CA 92123-2255
                                                                                              TOTAL: 19

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19961812*      +HSBC BANK Nevada  N.A.,   C/O Portfolio Recvry&Affil,   120 Corporate Blvd Ste 1,
                 Norfolk, VA 23502-4962
19961839*      +IRS Priority Debt,   Attn: Bankruptcy Dept.,   PO Box 7346,   Philadelphia, PA 19101-7346
19961805*      +Illinois Collection SE,   Attn: Bankruptcy Dept.,   8231 185Th St Ste 100,
                 Tinley Park, IL 60487-9356
20955608*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
                 (address filed with court:  Portfolio Recovery Associates, LLC,   POB 41067,   Norfolk VA 23541)
20955609*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
                 (address filed with court:  Portfolio Recovery Associates, LLC,
                 successor to HSBC BANK NEVADA, N.A.,   (Discover),   POB 41067,   Norfolk VA 23541)
                                                                                              TOTALS: 0, * 5, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2013                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 23, 2013 at the address(es) listed below:
```
              Keith Levy    on behalf of Creditor    Bank of America, NA
               anhsmdk@earthlink.net;anhsmdk@zuckergoldberg.com
              Lyudmila  Kishchun    on behalf of Debtor Steven William Wegner, Sr. ndil@geracilaw.com
              Lyudmila  Kishchun    on behalf of Joint Debtor Debra  Wegner ndil@geracilaw.com
              Nathan E Curtis    on behalf of Joint Debtor Debra  Wegner ndil@geracilaw.com
              Nathan E Curtis    on behalf of Debtor Steven William Wegner, Sr. ndil@geracilaw.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Richard M. Fogel    rfogel@shawfishman.com, il72@ecfcbis.com
              Richard M. Fogel    on behalf of Trustee Richard M. Fogel rfogel@shawfishman.com, il72@ecfcbis.com
                                                                                              TOTAL: 8
```