**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

In re: WEGNER, STEVEN WILLIAM, SR. § Case No. 13-02852
       WEGNER, DEBRA § 
       §
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    RICHARD M. FOGEL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $167,967.00    Assets Exempt: $63,675.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $25,298.29    Claims Discharged
                                                      Without Payment: $17,401.00

Total Expenses of Administration: $3,644.25

---

    3) Total gross receipts of $ 35,825.15 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 6,882.61 (see **Exhibit 2**), yielded net receipts of $28,942.54 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 3,644.25 | 3,644.25 | 3,644.25 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 15,468.00 | 16,589.05 | 16,589.05 | 16,589.05 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 28,123.80 | 12,840.38 | 8,709.24 | 8,709.24 |
| **TOTAL DISBURSEMENTS** | $43,591.80 | $33,073.68 | $28,942.54 | $28,942.54 |

4) This case was originally filed under Chapter 7 on January 25, 2013. The case was pending for 12 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/28/2014          By: /s/RICHARD M. FOGEL
                                                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Post petition Inheritance | 1129-000 | 35,825.15 |
| **TOTAL GROSS RECEIPTS** | | **$35,825.15** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| WEGNER, STEVEN WILLIAM, SR. | 100.00% dividend on Claim # SURPLUS, Ref: | 8200-002 | 6,882.61 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$6,882.61** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RICHARD M. FOGEL | 2100-000 | N/A | 3,644.25 | 3,644.25 | 3,644.25 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$3,644.25** | **$3,644.25** | **$3,644.25** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6P | Illinois Department of Revenue | 5800-000 | 468.00 | 468.00 | 468.00 | 468.00 |
| 8P | Department of the Treasury | 5800-000 | 15,000.00 | 16,121.05 | 16,121.05 | 16,121.05 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $15,468.00 | $16,589.05 | $16,589.05 | $16,589.05 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Merrick Bank | 7100-000 | 1,482.00 | 851.86 | 0.00 | 0.00 |
| 2 | American InfoSource LP agent for RJM Acquisitions | 7100-000 | 477.00 | 477.25 | 0.00 | 0.00 |
| 3 | Asset Acceptance LLC assignee GEMB/CARE | 7100-000 | 2,764.00 | 2,870.22 | 2,870.22 | 2,870.22 |
| 3I | Asset Acceptance LLC assignee GEMB/CARE | 7990-000 | N/A | 2.87 | 2.87 | 2.87 |
| 4 | Quantum3 Group LLC as agent for | 7100-000 | N/A | 1,528.22 | 1,528.22 | 1,528.22 |
| 4I | Quantum3 Group LLC as agent for | 7990-000 | N/A | 1.53 | 1.53 | 1.53 |
| 5 | Quantum3 Group LLC as agent for | 7100-000 | 1,680.00 | 1,680.35 | 0.00 | 0.00 |
| 6U | Illinois Department of Revenue | 7100-000 | 76.80 | 76.80 | 76.80 | 76.80 |
| 7 | Capital One Bank (USA), N.A. | 7100-000 | 1,121.00 | 1,121.68 | 0.00 | 0.00 |
| 8U | Department of the Treasury | 7100-000 | N/A | 1,085.74 | 1,085.74 | 1,085.74 |
| 9 | American InfoSource LP agent for DIRECTV LLC | 7100-000 | 273.00 | 273.40 | 273.40 | 273.40 |
| 9I | American InfoSource LP agent for DIRECTV LLC | 7990-000 | N/A | 0.27 | 0.27 | 0.27 |
| 10 | Portfolio Recovery Associates successor to | 7100-000 | 2,059.00 | 2,059.43 | 2,059.43 | 2,059.43 |
| 10I | Portfolio Recovery Associates successor to | 7990-000 | N/A | 2.06 | 2.06 | 2.06 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 11 | Portfolio Recovery Associates LLC successor to | 7100-000 | 790.00 | 790.18 | 790.18 | 790.18 |
| 11I | Portfolio Recovery Associates LLC successor to | 7990-000 | N/A | 0.79 | 0.79 | 0.79 |
| 6PI | Illinois Department of Revenue | 7990-000 | N/A | 0.47 | 0.47 | 0.47 |
| 6UI | Illinois Department of Revenue | 7990-000 | N/A | 0.08 | 0.08 | 0.08 |
| 8PI | Department of the Treasury | 7990-000 | N/A | 16.10 | 16.10 | 16.10 |
| 8UI | Department of the Treasury | 7990-000 | N/A | 1.08 | 1.08 | 1.08 |
| NOTFILED | Illinois Collection SE | 7100-000 | 82.00 | N/A | N/A | 0.00 |
| NOTFILED | Illinois Collection SE | 7100-000 | 331.00 | N/A | N/A | 0.00 |
| NOTFILED | First Premier BANK | 7100-000 | 419.00 | N/A | N/A | 0.00 |
| NOTFILED | Gottlieb Memorial Hospital Bankruptcy Department | 7100-000 | 125.00 | N/A | N/A | 0.00 |
| NOTFILED | HSBC BANK Nevada   N.A. C/O Midland Funding | 7100-000 | 1,023.00 | N/A | N/A | 0.00 |
| NOTFILED | Resurrection Ambulatory Servic | 7100-000 | 31.00 | N/A | N/A | 0.00 |
| NOTFILED | Oakbrook Behavioral Health LTD | 7100-000 | 635.00 | N/A | N/A | 0.00 |
| NOTFILED | Verizon Wireless C/O Midland Funding | 7100-000 | 148.00 | N/A | N/A | 0.00 |
| NOTFILED | wellgroup Healthpartners | 7100-000 | 35.00 | N/A | N/A | 0.00 |
| NOTFILED | Sears/CBNA | 7100-000 | 4,894.00 | N/A | N/A | 0.00 |
| NOTFILED | Transunion | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Experian | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Sears/CBNA | 7100-000 | 1,735.00 | N/A | N/A | 0.00 |
| NOTFILED | Grant & Weber | 7100-000 | 125.00 | N/A | N/A | 0.00 |
| NOTFILED | Equifax | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Elmhurst Memorial Healthcare | 7100-000 | 19.00 | N/A | N/A | 0.00 |
| NOTFILED | Citibank C/O Midland Funding | 7100-000 | 1,917.00 | N/A | N/A | 0.00 |
| NOTFILED | Citibank Sears C/O LVNV Funding LLC | 7100-000 | 5,415.00 | N/A | N/A | 0.00 |
| NOTFILED | AT   T Midwest C/O I C System INC | 7100-000 | 467.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$28,123.80** | **$12,840.38** | **$8,709.24** | **$8,709.24** |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-02852  
**Case Name:** WEGNER, STEVEN WILLIAM, SR.  
WEGNER, DEBRA  
**Period Ending:** 01/28/14

**Trustee:** (330720) RICHARD M. FOGEL  
**Filed (f) or Converted (c):** 01/25/13 (f)  
**§341(a) Meeting Date:** 03/12/13  
**Claims Bar Date:** 09/13/13

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Ref. #** | **Asset Description** (Scheduled And Unscheduled (u) Property) | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | Real Property | 125,073.00 | 0.00 | | 0.00 | FA |
| 2 | Bank accounts | 25.00 | 0.00 | | 0.00 | FA |
| 3 | Household Goods and Furnishings | 4,000.00 | 0.00 | | 0.00 | FA |
| 4 | Books and art objects | 75.00 | 0.00 | | 0.00 | FA |
| 5 | Wearing apparel | 300.00 | 0.00 | | 0.00 | FA |
| 6 | Furs and Jewelry | 500.00 | 0.00 | | 0.00 | FA |
| 7 | Pension and Profit Sharing Plans | 20,000.00 | 0.00 | | 0.00 | FA |
| 8 | Automobile - Mustang | 3,069.00 | 0.00 | | 0.00 | FA |
| 9 | Automobile - Civic | 14,925.00 | 0.00 | | 0.00 | FA |
| 10 | Pets | 0.00 | 0.00 | | 0.00 | FA |
| 11 | Post petition Inheritance (See Footnote) | 0.00 | 36,694.00 | | 35,825.15 | FA |
| **11** | **Assets** **Totals** (Excluding unknown values) | **$167,967.00** | **$36,694.00** | | **$35,825.15** | **$0.00** |

RE PROP# 11   Post-petition inheritance- Debra Wegner only

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   June 30, 2014       **Current Projected Date Of Final Report (TFR):**   October 23, 2013  (Actual)

Printed: 01/28/2014 10:48 AM    V.13.14

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 13-02852  
**Case Name:** WEGNER, STEVEN WILLIAM, SR.  
WEGNER, DEBRA  
**Taxpayer ID #:** **-***9381  
**Period Ending:** 01/28/14

**Trustee:** RICHARD M. FOGEL (330720)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******5466 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 09/06/13 | {11} | DEBRA F. BORYCA-WEGNER | Inheritance from aunt | 1129-000 | 30,772.28 | | 30,772.28 |
| 09/10/13 | 101 | DEPARTMENT OF TREASURY- INTERNAL REVENUE SERVICE | Priority tax claim (#8) xxx-xx-2193 | 5800-000 | | 16,121.05 | 14,651.23 |
| 09/24/13 | {11} | DEBRA F. BORYCA-WEGNER | Balance of inheritance from aunt | 1129-000 | 5,052.87 | | 19,704.10 |
| 11/21/13 | 102 | RICHARD M. FOGEL | Dividend paid 100.00% on $3,644.25, Trustee Compensation; Reference: | 2100-000 | | 3,644.25 | 16,059.85 |
| 11/21/13 | 103 | Illinois Department of Revenue | 100.00% dividend on Claim # 6P, Ref: 1356 | 5800-000 | | 468.00 | 15,591.85 |
| 11/21/13 | 104 | Asset Acceptance LLC assignee GEMB/CARE | 100.00% dividend on Claim # 3, Ref: 113209993 | 7100-000 | | 2,870.22 | 12,721.63 |
| 11/21/13 | 105 | Quantum3 Group LLC as agent for | 100.00% dividend on Claim # 4, Ref: | 7100-000 | | 1,528.22 | 11,193.41 |
| 11/21/13 | 106 | Illinois Department of Revenue | 100.00% dividend on Claim # 6U, Ref: 1356 | 7100-000 | | 76.80 | 11,116.61 |
| 11/21/13 | 107 | Department of the Treasury | 100.00% dividend on Claim # 8U, Ref: | 7100-000 | | 1,085.74 | 10,030.87 |
| 11/21/13 | 108 | American InfoSource LP agent for DIRECTV LLC | 100.00% dividend on Claim # 9, Ref: 41114655 | 7100-000 | | 273.40 | 9,757.47 |
| 11/21/13 | 109 | Portfolio Recovery Associates successor to | 100.00% dividend on Claim # 10, Ref: 6011380010576577 | 7100-000 | | 2,059.43 | 7,698.04 |
| 11/21/13 | 110 | Portfolio Recovery Associates LLC successor to | 100.00% dividend on Claim # 11, Ref: 5440455012700509 | 7100-000 | | 790.18 | 6,907.86 |
| 11/21/13 | 111 | Asset Acceptance LLC assignee GEMB/CARE | 100.00% dividend on Claim # 3I, Ref: 113209993 | 7990-000 | | 2.87 | 6,904.99 |
| 11/21/13 | 112 | Quantum3 Group LLC as agent for | 100.00% dividend on Claim # 4I, Ref: | 7990-000 | | 1.53 | 6,903.46 |
| 11/21/13 | 113 | American InfoSource LP agent for DIRECTV LLC | 100.00% dividend on Claim # 9I, Ref: 41114655 | 7990-000 | | 0.27 | 6,903.19 |
| 11/21/13 | 114 | Portfolio Recovery Associates successor to | 100.00% dividend on Claim # 10I, Ref: 6011380010576577 | 7990-000 | | 2.06 | 6,901.13 |
| 11/21/13 | 115 | Portfolio Recovery Associates LLC successor to | 100.00% dividend on Claim # 11I, Ref: 5440455012700509 | 7990-000 | | 0.79 | 6,900.34 |
| 11/21/13 | 116 | Illinois Department of Revenue | 100.00% dividend on Claim # 6PI, Ref: 1356 | 7990-000 | | 0.47 | 6,899.87 |
| 11/21/13 | 117 | Illinois Department of Revenue | 100.00% dividend on Claim # 6UI, Ref: 1356 | 7990-000 | | 0.08 | 6,899.79 |
| 11/21/13 | 118 | Department of the Treasury | 100.00% dividend on Claim # 8PI, Ref: | 7990-000 | | 16.10 | 6,883.69 |
| 11/21/13 | 119 | Department of the Treasury | 100.00% dividend on Claim # 8UI, Ref: | 7990-000 | | 1.08 | 6,882.61 |
| 11/21/13 | 120 | WEGNER, STEVEN WILLIAM, SR. | 100.00% dividend on Claim # SURPLUS, Ref: | 8200-002 | | 6,882.61 | 0.00 |

|  |  |  |
|---|---|---|
| ACCOUNT TOTALS | 35,825.15 | 35,825.15 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| Subtotal | 35,825.15 | 35,825.15 | |
| Less: Payments to Debtors | | 6,882.61 | |
| NET Receipts / Disbursements | $35,825.15 | $28,942.54 | |

{} Asset reference(s)

Printed: 01/28/2014 10:48 AM    V.13.14

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| **Case Number:** | 13-02852 | | **Trustee:** | RICHARD M. FOGEL (330720) |
| --- | --- | --- | --- | --- |
| **Case Name:** | WEGNER, STEVEN WILLIAM, SR. | | **Bank Name:** | Rabobank, N.A. |
| | WEGNER, DEBRA | | **Account:** | ******5466 - Checking Account |
| **Taxpayer ID #:** | **-***9381 | | **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Period Ending:** | 01/28/14 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
| --- | --- | --- | --- |
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ******5466** | **35,825.15** | **28,942.54** | **0.00** |
| | **$35,825.15** | **$28,942.54** | **$0.00** |